**LA WEIGHT LOSS CENTERS, INC, Petitioner**

v.

**LEXINGTON INSURANCE COMPANY, Respondent.**

Supreme Court of Pennsylvania.

April 3, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 3rd day of April, 2008, the Application for Relief is **DENIED.**

**In the Matter of the ESTATE OF Laird M. WOLFE, Deceased.**

**Petition of Linda D. Wolfe.**

Supreme Court of Pennsylvania.

April 4, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of April 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the issue set forth below.

Whether damages recovered from a wrongful death action can be distributed to a decedent's beneficiaries in the proportion they would take the personal estate of the decedent in the case of intestacy, pursuant to 42 Pa.C.S. § 8301, regardless of whether those beneficiaries personally suffered no pecuniary loss whatsoever?